UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
------------------------------------------------------------------X

**UNITED STATES OF AMERICA**,                         <u>**AFFIDAVIT**</u>

                    Plaintiff-Appellee,         Docket 95-5152

      -against-

**NATHANIEL DAWSON, JR.**,

                    Defendant-Appellant.

------------------------------------------------------------------X

      Wesley M. Serra, being duly sworn, deposes and says:

      1.    I am a member of the firm Irom, Wittels, Freund, Berne & Serra, P.C.  My office is located at 349 E. 149th Street, Bronx, NY 10451.  I am admitted in New York State, the Second and Fourth Circuits, and the Southern and Eastern Districts of New York.

      2.    On January 20, 2012, I received an email from Patricia Connor, the Clerk of this Court, which attached certain documents and requested a reply to one of them – a two-page motion to recall this Court's mandate from the above Defendant-Appellant, Nathaniel Dawson Jr.  I respectfully submit this affidavit pursuant to the Court's request.

      3.    I was retained to prosecute the above appeal, and briefed and argued it before this Court.  Due to the passage of time – it has been nearly fourteen years since I had any contact with the matter – I remember little else.  My office, like most, destroys files in the ordinary course after seven years; the file in this matter was so destroyed several years ago.  I therefore have no records whatsoever from which to attempt to refresh my memory.

      4.    For these reasons, I regretfully have nothing to contribute to the Court.

Dated:   January 26, 2012
         Bronx, New York

_____
Wesley M. Serra

Sworn to before me this
26th day of January, 2012.

_____
Notary Public

MILTZA PEREZ
Notary Public, State of New York
No. 01PE4687229
Qualified in Bronx County
Commission Expires February 28, ~~2010~~ 2014

2