FILED:  May 2, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 95-5146 (L)
(CR-94-10-WN)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

NATHANIEL DAWSON, SR.

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to recall the mandate, the court denies the motions.

Entered at the direction of the panel: Judge Duncan, Judge Davis, and Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk