FILED: September 10, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 95-5146

(CR-94-10-WN)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

NATHANIEL DAWSON, SR.

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion for reconsideration, the court denies the motion.

Entered at the direction of the panel: Judge Duncan, Judge Davis and Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk