Nathaniel Dawson, Sr.

Reg. No. 35740-054

U.S.P. Tucson

P.O. Box 24550

Tucson, Arizona 85734

March 26, 2013

Stephanie W. Vassar

Deputy Clerk

U.S. Court of Appeal

For The Fourth Circuit

Richmond, Virginia 23219

　　Re: Nathaniel Dawson, Appeal No. 95-5146

Dear Ms. Vassar:

　　I wish to thank you very much for your reply of March 13, 2013 informing me as to the sheet I though came from some special document.

　　I wish you will please send me a copy of the Fourth Circuit's Certiorari Status Form and inform one as to how this is filed into the court.

　　Thank you for your time and concern in this matter, I await your reply.

cc:nd

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　*Nathaniel Dawson, Sr.*
　　　　　　　　　　　　　　Nathaniel Dawson, Sr.